IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,       )
*EX REL.* WEBER, *ET AL.*,            )
                                )
PLAINTIFFS/RELATORS,            )       CASE NO.: 1:17-cv-145 (CMH/MSN)
                                )
v.                              )       Filed *Ex Parte* and **Under Seal**
                                )       Pursuant to 31 U.S.C. § 3730(b)
BAE SYSTEMS TECHNOLOGY          )
SOLUTIONS & SERVICES, INC.,     )
                                )
DEFENDANT.                      )
                                )

## ORDER

The Relators Daniel Weber and John Morash, having filed a Stipulation of Dismissal Without Prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1.    This action is dismissed without prejudice as to Relators Weber and Morash and as to the United States;

2.    The seal shall be lifted upon Relator's Complaint, Relator's Stipulation of Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

This ___4th___ day of ___Apr,___ , 2019.


UNITED STATES DISTRICT JUDGE